CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS | ) |
| | ) |
| Plaintiff | ) Civil Case Number 07-2115 (ESH) |
| v. | ) |
| | ) Category    L |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendant | ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>December 11, 2007</u> from <u>Judge Royce C. Lamberth</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Assigned to Judge Huvelle pursuant to Order dated 10/18/07 filed in 05cv1514)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Lamberth</u> & Courtroom Deputy
<u>Judge Huvelle</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk