UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DR. SIMON BANKS, J.D.**           )
                                    )
      **Plaintiff**              )
                                    )
      v.                        )    Case: 1:07-cv-02115 (RCL)
                                    )
**DISTRICT OF COLUMBIA, et al.**    )
                                    )
                                    )
      **Defendants**            )
_____ )

**DISTRICT DEFENDANTS CONSENT MOTION TO ENLARGE TIME TO ANSWER
OR OTHERWISE RESPOND**

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., Defendants, District of Columbia and Devon Brown (hereinafter "District Defendants"), by undersigned counsel, hereby respectfully request an enlargement of time to respond to the Plaintiff's complaint.

1. Defendant request a two (2) day extension of time to answer or otherwise respond to plaintiff's complaint until Friday, December 14, 2007. The response is due on December 12, 2007.

2. There was some confusion about whether the complaint had been filed, which was clarified by Plaintiff by email on December 11, 2007.

3. Counsel for the Defendants requests this brief enlargement of time in order to complete the response.

5. This enlargement will not prejudice any party.

6. Defendants contacted the Plaintiff via email to request consent to the relief requested in this motion. Plaintiff responded by email that he consented to a brief extension of time.

WHEREFORE, Defendants request an enlargement of time to file an answer or other responsive pleading to Plaintiff's Complaint until Friday, December 14, 2007.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity I

        /s/ Denise J. Baker
        DENISE J. BAKER 493414
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S079
        Washington, D.C. 20001
        (202) 442-9887 (telephone)
        (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DR. SIMON BANKS, J.D.               )
                                    )
       **Plaintiff**              )
                                    )
       v.                         )    Case: 1:07-cv-02115 (RCL)
                                    )
DISTRICT OF COLUMBIA, et al.        )
                                    )
                                    )
       **Defendants**             )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

          Respectfully submitted,

          LINDA SINGER
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General, Civil Litigation Division

          /s/ Ellen A. Efros
          ELLEN A. EFROS [250746]
          Chief, Equity I

          /s/ Denise J. Baker
          DENISE J. BAKER 493414
          Assistant Attorney General
          441 Fourth Street, N.W., Suite 6S079
          Washington, D.C. 20001
          (202) 442-9887 (telephone)
          (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**DR. SIMON BANKS, J.D.**               )
                                        )
      **Plaintiff**                   )
                                        )
      v.                              )      Case: 1:07-cv-02115 (RCL)
                                        )
**DISTRICT OF COLUMBIA, et al.**        )
                                        )
                                        )
      **Defendants**                  )
_____)

## ORDER

Upon consideration of District Defendants Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2007, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendants may answer or otherwise respond to the Plaintiff's complaint on or before December 14, 2007.

                                                                           _____
                                                                            UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302