UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case: 1:07-cv-02115 (RCL) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants | ) |

**DISTRICT DEFENDANTS NOTICE OF CERTIFICATE OF SERVICE**

TO THE CLERK OF COURT:

The District of Columbia and Devon Brown served a Response to plaintiff's proffer of prejudice and evidence that has been excluded from the order directing the filing of a new complaint connected with the severance of the plaintiff's over-detention constitutional claims from the plaintiff's §1983 non-over-detention claims and plaintiff's state law claims and the severe prejudice resulting from the severance [Docket 11] on plaintiff, Simon Banks, on December 20, 2007 by electronic mail at DRSimon Banks [drsbanks@msn.com].

    __/S/_____
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-442-9887
Denise.baker@dc.gov