UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,

    Plaintiff,

    v.                                   Civil Action No. 07-2115 (ESH)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

**ORDER**

It is hereby

ORDERED that plaintiff's motion for a CM/ECF password [Dkt. #12] is DENIED as moot. Plaintiff already has been issued a CM/ECF password. He already is authorized to file documents electronically and has consented to receive service of all documents electronically.

The Court reminds plaintiff that he has been granted a CM/ECF password by leave of Court. The CM/ECF password may be used only by plaintiff. Plaintiff shall limit his electronic filings to documents that are relevant and required by Court order or under the Federal Rules of Civil Procedure and the Local Rules of this Court, and shall refrain from filing documents that are frivolous, vexatious or harassing. Plaintiff is responsible for monitoring his e-mail account, retrieving electronic filings, and ensuring the accuracy of the official docket entry generated by the CM/ECF software. The Clerk may direct plaintiff to re-file any document that has been filed incorrectly or to correct any docket entry that is erroneous or inaccurate.

SO ORDERED.

                                                                   /s/
                                        ELLEN SEGAL HUVELLE
Date: January 14, 2008            United States District Judge