UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| DR. SIMON BANKS, J.D.<br>P.O. BOX 17052<br>ALEXANDRIA, VA. 22302<br><br>Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA, ET AL<br><br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br>Case: 1:07-cv-02115 (ESH)<br><br><br><br><br>January 16, 2008 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO SUBMIT RESPONSE TO THE DISTRICT AND DEFENDANT
BROWN'S MOTION TO DISMISS AND FOR SANCTIONS**

The Defendants consent to the motion

Comes now Simon Banks, Plaintiff and motion this Honorable Court for an extension of time of seven (7) days to submit response to the District's Motion to Dismiss and for Sanctions, and in support cites the following:

The Plaintiff needs the extension requested to respond to the District and Devon Brown's Motion to Dismiss and for Sanctions.

The Plaintiff's printed Petition for Writ of Certiorari is due Friday, January 18, 2008 in the case of In re Simon Banks (erroneously titled Simon Banks v. United States when the United States is not a party to this prior speech contempt, misdemeanor proceedings).

The Defendants consent to the relief requested.

**WHEREFORE**, the Plaintiff pray that the Court grant the relief requested.

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION

This Motion is made pursuant to Rule 6(b)(1) of the Fed. R. Civ. P.

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637