## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. SIMON BANKS, J.D. ) | |
| P.O. BOX 17052 ) | |
| ALEXANDRIA, VA. 22302 ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case: 1:07-cv-02115 ESH |
| ) | Judge Ellen Segal Huvelle |
| DISTRICT OF COLUMBIA, ET AL ) | |
| ) | |
| Defendants ) | |

Plaintiff's Certification pursuant to LCVR 7.2 (M)
That before filing the instant motion Plaintiff did not acquire the Defendants' consent to the instant motion

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME THRU FEBRUARY 1, 2008, TO SUBMIT RESPONSE TO THE DISTRICT'S DISPOSITIVE MOTION TO DISMISS AND FOR SANCTIONS**

Comes now Simon Banks, Plaintiff and submit Motion for Extension of time of two additional days to submit response to the District and Devon Brown Motion to Dismiss and for Sanctions.


_____/s/_____
Simon Banks, pro se
P.O. Box 17052
Alexandria, Va. 22302
Tele: 703 965-5637
Email: drsbanks @ msn.com

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b)(1).

_____/s/_____
Simon Banks, pro se
P.O. Box 17052
Alexandria, Va. 22302
Tele: 703 965-5637
Email: drsbanks @ msn.com