UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. SIMON BANKS, J.D. ) | | |
| P.O. BOX 17052 ) | | |
| ALEXANDRIA, VA. 22302 ) | | |
| ) | | |
| **Plaintiff** ) | | |
| ) | | |
| v. ) | Case: 1:07-cv-02115 (ESH) | |
| ) | | |
| DISTRICT OF COLUMBIA, ET AL ) | | |
| ) | | |
| ) | February 3, 2008 | |
| **Defendants** ) | | |

**PLAINTIFF'S ERRATA TO
MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION FOR RULE 56(F) DISCOVERY AND FOR EXTENSION
OF TIME TO AFFORD PLAINTIFF TIME TO COMPLETE DISCOVERY SO
THAT PLAINTIFF MAY SUBMIT RESPONSE TO THE DISTRICT AND
DEFENDANT BROWN'S MOTION TO DISMISS AND FOR SANCTIONS**

1. At Page 1 in the caption, change "Motion for Rule 56(f) Discovery" to: PLAINTIFF'S MOTION PURSUANT TO RULE 56(F) FOR DISCOVERY"

At Page 1¶1, change, "in support of Plaintiff's Rule 56(f) Discovery" to:

"pursuant to Rule 56(f) for discovery"

2. At 2 ¶ 2 change "disparities" to "dispositive".

3. At 3 ¶ 2 change "disparities" to "dispositive".

4. At 5 ¶ 5 change "disparities" to "dispositive".

5. At 5 ¶ 6 Following the words "incorporate by reference Plaintiff's" insert

    A)    Petition for Rehearing En Banc pursuant to D.C. Code §23-110, Banks v.

United States 04-SP-789

    B)    Petition for Resolution of Impeachment

       C)       Complaint before United States Congress, 2nd Petition for Impeachment

       D)       Amended Petition for Rehearing En Banc, Simon Banks v. United States. 04-SP-789

       E)       Petition for Writ of Certiorari, Simon Banks v. District of Columbia Court of Appeals (Erroneously titled Simon Banks v. United States) 12-28-2007

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
E-Mail: drsbanks@msn.com