UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DR. SIMON BANKS, J.D.               )
                                    )
        Plaintiff                   )
                                    )
        v.                          )   Case: 1:07-cv-02115 (RCL)
                                    )
DISTRICT OF COLUMBIA, et al.        )
                                    )
                                    )
        Defendants                  )
_____)

**DISTRICT DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND FOR SANCTIONS [DKT. NOS. 7-8]**

Defendants oppose Plaintiff's motion. Plaintiff's motion to extend time to respond to the Defendants' motions should be denied for the following reasons:

1.      Plaintiff fails to abide by the Rules of Court. More specifically, Plaintiff did not even attempt to contact defense counsel to request consent to file the within motion.

2.      Plaintiff fails to abide by the requested time set forth in the motion. The motion specifically requested that Plaintiff be granted an additional two (2) days, until January 30, 2008, to respond or reply to the Defendants' motions. Yet, it is now February 6, 2008, and Plaintiff has not drafted and submitted a response or reply. This failure to draft and submit a response/reply is exacerbated by the fact that Plaintiff had the time and made the effort to file two (2) unrelated motions in the above-captioned matter on February 1, 2008, i.e., a Motion for Discovery and a Motion to continue, both docketed at Number 18.

3.      Plaintiff waited until the very last day of the time extended by this Court's Order to respond on or before January 29, 2008, to file his second request for extension of time. In short,

Plaintiff abuses this Court's process and abuses the Rules of Civil Procedure for his own benefit, and to the prejudice of the opposing parties and their counsel.

Rule 6(b)(1) allows a court ("for cause shown" and "in its discretion") to grant a "request" for an extension of time, however, any extension of a time limitation must be "for cause shown." *See Lujan v. National Wildlife Fed'n,* 497 U.S. 871, 896 (1990). District Defendants submit that Plaintiff failed to assert **any** reason for this requested extension of time.

WHEREFORE, Defendants request that the relief sought by this motion be denied and that the outstanding motions to dismiss and for sanctions be granted in Defendants' failure for Plaintiff's failure to timely respond.

        Respectfully submitted,

        PETER NICKLES SINGER
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity I

        /s/ Denise J. Baker
        DENISE J. BAKER 493414
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S079
        Washington, D.C. 20001
        (202) 442-9887 (telephone)
        (202) 727-3625 (fax)
        Denise.baker@dc.gov

CERTIFICATE OF SERVICE

    The District Defendants served their opposition to plaintiff's motion for extension of time to respond/reply to the defendants' motion for sanctions and motion to dismiss on February 6, 2008 by electronic mail at DRSimon Banks [drsbanks@msn.com].

                              __/S/_____
                              Denise J. Baker
                              D.C. Bar No. 493414
                              Assistant Attorney General
                              441 4th Street, Northwest
                              6th Floor South
                              Washington, D.C. 20001
                              202-442-9887
                              Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**DR. SIMON BANKS, J.D.**            )
                                                    )
       **Plaintiff**                       )
                                                    )
       v.                                    )   Case: 1:07-cv-02115 (ESH)
                                                    )
**DISTRICT OF COLUMBIA, et al.**   )
                                                    )
                                                    )
       **Defendants**                  )
_____)

## ORDER

Upon consideration of Plaintiff's Motion to extend time to respond/reply to the District Defendants' Motions to Dismiss and for sanctions, the District Defendants' opposition thereto, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____day of _____, 2008, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **DENIED;**

**FURTHER ORDERED,** that the Plaintiff's Complaint is dismissed with prejudice, and,

**FURTHER ORDERED,** that the Civil Clerk's Office shall no longer accept for filing anything in writing submitted by plaintiff Simon Banks in this case without him first seeking leave of court to do so;

**FURTHER ORDERED,** that the Civil Clerk's Office shall not accept for filing any pleadings submitted by plaintiff Simon Banks for any new cases, including motions to proceed *in forma pauperis*, and if plaintiff Simon Banks seeks to file any new cases, he shall accompany the complaint with a motion for leave to file the complaint, which shall then be forwarded to the Presiding Judge for a determination as to whether leave to file shall be granted; and it is,

**FURTHER ORDERED,** that any motion for leave to file must be accompanied by a complete copy of this Order and Memorandum Opinion; and it is,

**FURTHER ORDERED**, that any motion for leave to file a new lawsuit must also be accompanied by a notarized statement: (1) that the claims are made in good faith and are not frivolous; (2) setting forth a valid basis for each claim; (3) that the claims either have or have not been raised before in other litigation, and if they have, the name of the case, the court where it was filed, the identifying number of the case, and the disposition, and (4) that, as to each claim made, the District Court has jurisdiction;

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302