UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-2115 (ESH) |
|  | ) |
| DISTRICT OF COLUMBIA. ET AL | ) |
|  | ) |
| Defendants. | ) |

JOINT MOTION TO ENLARGE TIME FOR PLAINTIFF TO REPLY TO DISTRICT
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR SANCTIONS AND
OPPOSITION TO PLAINTIFF'S MOTION PURSUANT TO RULE 56(f), DOCKETS 20-21

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., District Defendants and Plaintiff respectfully request an enlargement of time to permit Plaintiff to reply to the above docketed pleadings for the following reasons:

1.  District Defendants opposed Plaintiffs motions as set forth in the docket at Nos. 20 and 21, and certified service to Plaintiff via email.

2.  Inadvertently, email service was not made on Plaintiff. Thus, Plaintiff did not receive service.

3.  In fairness to Plaintiff, the parties agree to give Plaintiff an additional five (5) days to reply to the pleadings docketed at 20 and 21.

5.  This enlargement will not prejudice any party.

WHEREFORE, District Defendants request that Plaintiff receive an enlargement of time for an additional five (5) days to respond to the pleadings docketed at 20 and 21 until Wednesday, February 27, 2008.

        Respectfully submitted,

        PETER NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity I

        /s/ Denise J. Baker
        DENISE J. BAKER
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S079
        Washington, D.C. 20001
        (202) 442-9887 (telephone)
        (202) 727-3625 (fax)
        Denise.baker@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2008 true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order were filed electronically with the Court for ECF service, and electronically mailed to:

Simon Banks
P.O. Box 17052
Alexandria VA 22302
DRSimon Banks [drsbanks@msn.com]

        /s/
        Denise J. Baker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>　　　　　　Plaintiff, )<br>　v. )<br>S. ELWOOD YORK, JR., ETAL. )<br>　　　　　　Defendants. ) | Civil Action No. 05-1514 (ESH) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO ENLARGE TIME FOR PLAINTIFF TO REPLY TO DISTRICT DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TOEXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR SANCTIONS AND OPPOSITION TO PLAINTIFF'S MOTION PURSUANT TO RULE 56(f), (DOCKETS 20-21)**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

5. Consent of the parties.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　PETER NICKLES
　　　　　　　　　　Interim Attorney General for the District of Columbia

　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

　　　　　　　　　　/s/ Ellen A. Efros
　　　　　　　　　　ELLEN A. EFROS
　　　　　　　　　　Chief, Equity I

　　　　　　　　　　/s/ Denise J. Baker
　　　　　　　　　　DENISE J. BAKER
　　　　　　　　　　Assistant Attorney General

441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-2115 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the District Defendants' Joint Motion for an extension of time for Plaintiff to Reply to the Oppositions to Plaintiff's Motion to Extend time to Respond to Defendants' Motion to Dismiss and for Sanctions and Opposition to Plaintiff's Motion Pursuant to Rule 56(f) [Dockets 20-21], the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2008, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff may respond to the oppositions docketed at 20 and 21 on or before February 27, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302