UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. SIMON BANKS, J.D. <br> P.O. BOX 17052 <br> ALEXANDRIA, VA. 22302 <br><br> **Plaintiff** <br><br> v. <br><br> DISTRICT OF COLUMBIA, ET AL <br><br><br> **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> Case: 1:07-cv-02115 (ESH) <br><br><br><br> February 14, 2008 |

**PLAINTIFF'S CONSENT MOTION FOR A 5 DAY EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION PURSUANT TO RULE 56(F) DISCOVERY AND FOR CONTINUANCE OF DEFENDANTS DISPOSITIVE MOTION TO AFFORD PLAINTIFF TIME TO COMPLETE DISCOVERY SO THAT PLAINTIFF MAY SUBMIT RESPONSE TO THE DISTRICT AND DEFENDANT BROWN'S MOTION TO DISMISS AND FOR SANCTIONS**

**Pursuant to LCVR 7.1 (m)**

The Defendants consent to the motion

Comes now Simon Banks, Plaintiff and motion this Honorable Court for a 5-day extension of time to submit reply to defendants District and DeVon Brown Response to Plaintiff's Motion pursuant to Rule 56(f) Fed. R. Civ. P., for Discovery and for extension of time to afford Plaintiff time to complete discovery prior to being required to file response to the District and DeVon Brown's Motion to Dismiss and for Sanctions.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DR. SIMON BANKS, J.D.**<br>**P.O. BOX 17052**<br>**ALEXANDRIA, VA. 22302**<br><br>　　　　　**Plaintiff**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, ET AL**<br><br>　　　　　**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case: 1:07-cv-02115 (ESH)<br>)<br>)<br>)<br>)<br>)   February 14, 2008<br>) |

**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION FOR A 5-DAY EXTENSION OF TIME TO SUBMIT
REPLY TO PLAINTIFF'S MOTION FOR RULE 56(F) DISCOVERY AND FOR
CONTINUANCE OF DEFENDANTS DISPOSITIVE MOTION TO AFFORD
PLAINTIFF TIME TO COMPLETE DISCOVERY SO THAT PLAINTIFF MAY
SUBMIT RESPONSE TO THE DISTRICT AND DEFENDANT
BROWN'S MOTION TO DISMISS AND FOR SANCTIONS**

The Defendants consent to the motion

Comes now Simon Banks, Plaintiff and submit Plaintiff's Memorandum of Law in support of Plaintiff's Motion for a 5-day extension of time to submit reply to Defendants Response to Plaintiff's Motion pursuant to Rule 56(f) Discovery and for extension of time to afford Plaintiff time to complete discovery and file response to the District and DeVon Brown's ["defendants"] Motion to Dismiss and for Sanctions and in support cites the following:

　　　( Fed. R. 6(b)(1) of the Fed. R. Civ. P. )

The Plaintiff did not receive a copy of the defendants' response to Plaintiff's Motion pursuant to Rule 56(f) Fed. R. Civ. P., for Discovery and for extension of time to

afford Plaintiff time to complete discovery prior to being required to file response to the District and DeVon Brown's Motion to Dismiss and for Sanctions until Monday, February 12, 2008.

Moreover, since the inception of the instant case, the Plaintiff has never received any pleading via ECF, nor has the Plaintiff been allowed to file any ECF pleading in this entire case which include some 21 docket entries and pleadings.

WHEREFORE, the Plaintiff pray that the relief requested be granted.


_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
E-Mail:  drsbanks@msn.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DR. SIMON BANKS, J.D.**           )
**P.O. BOX 17052**                  )
**ALEXANDRIA, VA. 22302**           )
                                    )
            **Plaintiff**           )
                                    )
v.                                  )    **Case: 1:07-cv-02115 (ESH)**
                                    )
**DISTRICT OF COLUMBIA, ET AL**     )
                                    )
                                    )    **February ____, 2008**
            **Defendants**          )

# ORDER

Upon consideration of Plaintiff's Consent for a 5-day extension of time to file response to defendants' response to Plaintiff's Motion pursuant to Rule 56(f) for Discovery and for extension of time to complete discovery prior to being required to file

response to the District and DeVon Brown's Motion to Dismiss and for Sanctions, it is

this _____ day of February, 2008

    **HEREBY,**

    **GRANTED**