UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,

    Plaintiff,

        v.                            Civil Action No. 07-2115 (ESH)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## ORDER

Pending before the Court is defendants' Motion to Dismiss and for Sanctions [#7-8]. Generally, defendants argue that (1) plaintiff's Amended Complaint [#6] does not comply with the Court's prior Orders, and that (2) plaintiff has not exhausted his administrative remedies with respect to the constitutional and common law claims plaintiff may pursue in this action. Also before the Court are plaintiff's motions for discovery and to continue this matter until discovery is completed.

With their motion to dismiss, defendants attach for the Court's consideration an affidavit, a declaration and exhibits in support of the exhaustion argument. Such a motion properly is treated as a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 12(d). Plaintiff argues that he must take discovery, as is allowed under Rule 56(f), so that he may respond appropriately to defendants' motion. The discovery he seeks, however, pertains to the merits of his claims and has nothing to do with defendants' pending motions. The Court will therefore deny plaintiff's discovery request. The Court will

1

defer its ruling on defendants' motions until such time as plaintiff has one last opportunity to file an opposition.

Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Extension of Time thru February 1, 2008, to Submit Response to the District's Dispositive Motion to Dismiss and for Sanctions [#17] is GRANTED *nunc pro tunc*.  It is further

ORDERED that Plaintiff's Motion Pursuant to Rule 56(f) [for] Discovery and for Continuance of Defendants Dispositive Motion to Afford Plaintiff Time to Complete Discovery So That Plaintiff May Submit Response to the District and Defendant Brown's Motion to Dismiss and for Sanctions [#18] is DENIED.  It is further

ORDERED that, not later than **March 20, 2008**, plaintiff shall file his opposition to defendants' Motion to Dismiss and for Sanctions.  Plaintiff's failure to file a timely opposition may result in dismissal of this action and the imposition of sanctions.  The Court will not grant any further continuances to plaintiff.

SO ORDERED.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 28, 2008