UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DR. SIMON BANKS, J.D.** ) | | |
| **P.O. BOX 17052** ) | | |
| **ALEXANDRIA, VA. 22302** ) | | |
| ) | | |
| **Plaintiff** ) | | |
| ) | | |
| v. ) | Case: 1:07-cv-02115 ESH | |
| ) | Judge Ellen Segal Huvelle | |
| **DISTRICT OF COLUMBIA, ET AL** ) | | |
| ) | | |
| **Defendants** ) | March 20, 2008 | |

**PLAINTIFF'S OPPOSITION TO DISTRICT'S
MOTION TO DISMISS AND FOR SANCTIONS
AND PLAINTIFF'S OBJECTIONS TO BEING REQUIRED TO FILE
THIS OPPOSITION ALTHOUGH SEVERELY PREJUDICED
BECAUSE OF DEPRIVATION OF DISCOVERY**

Comes now Simon Banks, Plaintiff, and under protest submit response to Defendant's Motion to Dismiss and for Sanctions.

    1.    In support of Plaintiff's Opposition, the Plaintiff incorporate by reference:,

    a.    Plaintiff's Proffer of Prejudice

    b.    Plaintiff's Motion pursuant to Rule 56(f) for discovery and for continuance of Defendant's Dispositive Motion to Afford Plaintiff time to complete discovery so that Plaintiff may submit response to the District and Defendant Brown's Motion to Dismiss and for Sanctions, as if pleaded fully and completely herein.

    2.    The Plaintiff incorporate by reference the following pleadings which show that the District and its counsel, Denise Baker, ought to have been subjected to Rule 11 sanctions for intentionally, and with reckless disregard for the integrity of the Court, for filing numerous improper pleadings subsequent to the Plaintiff notifying the District's

1

counsel that the Plaintiff proposed to file Motion for Default Judgment in *Banks v. York, 05- 1514.* [ESH] which is the underpinning of the instant complaint. These exhibits which were filed in *Banks v. York, 05- 1514.* [ESH] include:

    a.    The Docket sheet containing the pleadings filed in *Banks v. York*, *Id.*

    **b.**    District's Answer to Plaintiff's Second Amended Complaint, although the District was required to file Answer to Plaintiff's Third Amended Complaint. *Banks v. York, 05- 1514.* [RCL]. See Document 123.

    c.    District's Motion to Dismiss and for Sanctions. [Documents 138, 139] *Banks v. York, 05- 1514.* [RCL]

    d.    Plaintiff's Motion for Default Judgment [Document 140] and Document 140-2] *Banks v. York, 05- 1514.* [RCL]

    e.    District's letter to the Clerk to withdraw District's Motion to Dismiss and for Sanctions. [Documents 144, 145] *Banks v. York, 05- 1514.* [RCL]

    f.    Plaintiff's Motion to Strike District's letter to the Clerk to withdraw District's Motion to Dismiss and for Sanctions. [Document 151]

    g.    District's Answer to Plaintiff's Third Amended Complaint. [Document 141 filed on 12/19/2007 (Answer was due on October 1, 2007) *Banks v. York, 05- 1514.* [RCL] [Document 141]

    h.    Plaintiff's Motion to Strike District's Answer to Plaintiff's Third Amended Complaint. *Banks v. York, 05- 1514.* [RCL] [Document 143]

    i.    District's Response to Plaintiff's Motion to Strike District's Answer to Plaintiff's Third Amended Complaint. *Banks v. York, 05- 1514.* [RCL]

    j.    Plaintiff's "Meet and Confer Statement." [Documents 133, 134] *Banks v.*

*York, 05-* 1514. [ESH]

      k.      Plaintiff's three Motions for Rule 56(f) and 56(e) Discovery.

      h.      The Court's order notifying the parties that it is severing the case, *Banks v. York*, *Id.* and that the Plaintiff is required to file a "new" complaint without referencing *Banks v. York*, *Id.,* and that the new complaint effectively stands on its own although the new complaint ordered by the court, is now and has been, at all times relevant, prejudicial to the Plaintiff's legal position and constitutional rights, simply because the instant complaint is inextricably intertwined with *Banks v. York*, *Id.*

      i.      Plaintiff's Reply to District's Response to Plaintiff's Motion to Strike Defendants District and Brown Answer to Third Amended Complaint and for Sanctions [Docket 151], [Docket 153].

      J.      Simon Banks' Applicant Reply to District of Columbia Response to Simon Banks's Motion to Intervene, Lift and to Modify Protective Order, filed in Carl L. Barnes v. Government of District of Columbia, Civil Action No. 06-315 (RCL) also filed in *Banks v. York, Id.*

      k.      The District's Statement, re Meet and Confer Conference.

      3.      The Plaintiff incorporate by reference Plaintiff's Memorandum of Points and Authorities in Support of the Plaintiff's Opposition.

      4.      The Plaintiff incorporate by reference Plaintiff's affidavit

_____/s/_____
Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302    [703] 965-5637 Email: disbands@msn.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DR. SIMON BANKS, J.D.** | ) | |
| **P.O. BOX 17052** | ) | |
| **ALEXANDRIA, VA. 22302** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case: 1:07-cv-02115 ESH |
| | ) | Judge Ellen Segal Huvelle |
| **DISTRICT OF COLUMBIA, ET AL** | ) | |
| | ) | |
| **Defendants** | ) | March 20, 2008 |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DISTRICT'S
MOTION TO DISMISS AND FOR SANCTIONS
AND PLAINTIFF'S OBJECTIONS TO BEING REQUIRED TO FILE
THIS OPPOSITION ALTHOUGH SEVERELY PREJUDICED
BECAUSE OF DEPRIVATION OF DISCOVERY**

Comes now, Simon Banks, Plaintiff, and submit Memorandum of Law in Support of Plaintiff's Opposition to District's Motion to Dismiss and for Sanctions and Plaintiff's Objections to being required to file this opposition although the Plaintiff has been continuously severely prejudiced because of deprivation of discovery, and the severing of the instant case from *Banks v. York, et al*, 05-1514 [ESH], subsequently redesignated as *Banks v. York, et al*, 05-1514 [ESH.

The Plaintiff has further been severely prejudiced and placed in an unfair litigation position, strategically, when this Honorable Court used her power as the Case Assignment Judge, to transfer the over-detention issues, and required the Plaintiff to file a new complaint as opposed to an amended complaint, without due consideration of the scores of pleadings the Plaintiff filed in *Banks v. York, et al*, 05-1514 [ESH.

4

The Plaintiff is and at all times relevant, has been prejudiced when the court transferred and severed the instant case from *Banks v. York, et al*, 05-1514 [ESH], at the scheduling conference where the Plaintiff had come to argue his position on the Plaintiff's contents of the Plaintiff's "Meet and Confer Statement", where the Plaintiff would have been entitled to and would have been provided opportunity for discovery, however, the court abused its discretion when it denied the Plaintiff discovery and severed the instant case subsequent to ruling upon the District's motion to dismiss the Plaintiff's Third Amended Complaint.

The Plaintiff has been prejudiced further when this Honorable Court further abused its discretion by subsequently transferring the instant case to Judge Lamberth which consist of the non-over-detention issues.

The Plaintiff has been prejudiced further when this Honorable Court further abused its discretion by subsequently transferring the instant case back to this Honorable Court, a third transfer of piecemeal issues that has been prejudicial to the Plaintiff ability to prosecute his complaint and defend against the District's disparities motions.

The Plaintiff incorporate by reference the Plaintiff's Proffer of Prejudice, filed on December 13, 2007, Document 9.

The Plaintiff has been prejudiced by the Court's order denying the Plaintiff the right to file any pleading until the Court has ruled upon the District's Motion to Dismiss. This precluded the Plaintiff from requesting clarification of the Court's Order and guidelines for filing the separate complaint, particularly where the Plaintiff was confused because the order was ambiguous, confusing and insufficiently specific.  As a consequence the Plaintiff's constitutional right to due process and equal protection as

well as access to the court has been severely chilled and the Plaintiff's right to assistance of self as counsel, has been prejudiced, pursuant to the 4th, 5th, 6th, and Fourteenth Amendment to the United States Constitution.

The actions of the Court has operated to deprive the Plaintiff of a fair trial.

The Plaintiff incorporate by reference Plaintiff's Motion to Recuse this Honorable Court because of the appearance of bias and favoritism of and towards the District of Columbia in this specific litigation.

The Plaintiff deny that the Plaintiff has not submitted a cause of action upon which relief can be granted.

The Plaintiff deny that the Plaintiff has not exhausted his administrative remedies.

The Plaintiff did suffer lack of heat as set forth in the complaint.

The Plaintiff did suffer a deprivation and denial of diabetic meals as set forth in the complaint.

The Plaintiff incorporate by reference Plaintiff's Affidavit, Affidavit of Simon Banks, Plaintiff pursuant to 28 U.S.C. § 1746, dated February 1, 2008, as if pleaded fully and completely herein.

The Plaintiff deny that there exist sufficient evidence on the record to bar the Plaintiff from filing any further pleading in the United States District Court.

The Plaintiff is of the opinion that the District's counsel is acting as an agent of the National Association of Women Judges, on behalf of Judge Noel Anketel Kramer and Judges Annice Wagner, and Judge Ann O'Regan Keary, whom have conspired to deprive the Plaintiff of civil rights and to cover up judicial corruption, of which the Plaintiff has brought to the attention of the United States Congress and the United States Department

of Justice, and that the District's counsel has conspired by bringing this action with others to preclude the Plaintiff from bringing suit in the United States District Court against various judicial officers, whom have acted out of their respective protected immunity to retaliate against the Plaintiff for petitioning the United States Congress for redress.


_____/s/_____
Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302
[703] 965-5637
Email: disbands@msn.com