**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
|  | ) |  |
| **DR. SIMON BANKS, J.D.** | ) |  |
|  | ) |  |
| **Plaintiff** | ) |  |
|  | ) |  |
| **v.** | ) | **Case: 1:07-cv-02115 (ESH)** |
|  | ) |  |
| **DISTRICT OF COLUMBIA, et al.** | ) |  |
|  | ) |  |
|  | ) |  |
| **Defendants** | ) |  |
_____)

**NOTICE TO APPEND EXHIBIT TO DISTRICT DEFENDANTS' OPPOSITION TO**
**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DISTRICT**
**DEFENDANTS' REPLY TO OPPOSITION TO MOTION TO DISMISS AND FOR**
**SANCTIONS [DKT. NO. 28]**

TO THE CLERK OF THE DISTRICT COURT:

Kindly append the document attached to this Notice to the Motion filed on April 15,

2008, and docketed at No. 29.  The document is Exhibit "A," referenced in the Motion.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER 493414
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)
Denise.baker@dc.gov

1

CERTIFICATE OF SERVICE

The District Defendants served their Notice on April 15, 2008 by electronic mail at DRSimon

Banks [drsbanks@msn.com].


__/S/_____
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-442-9887
Denise.baker@dc.gov

2

CERTIFICATE OF SERVICE

The District Defendants served their opposition to plaintiff's motion for extension of time on

April 15, 2008 by electronic mail at DRSimon Banks [drsbanks@msn.com].


__/S/_____
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-442-9887
Denise.baker@dc.gov

| **From:** | **Baker, Denise (OAG)** |
|---|---|
| **Sent:** | Thursday, April 03, 2008 5:28 PM |
| **To:** | 'DRSimon Banks' |
| **Cc:** | Baker, Denise (OAG) |
| **Subject:** | DISTRICT REPLY TO PLTF OPP MOTION TO DISMISS 4.2008.pdf |

**Attachments:**  DISTRICT REPLY TO PLTF OPP MOTION TO DISMISS 4.2008.pdf



DISTRICT
TO PLTF OPP ℕ