UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,<br><br>   Plaintiff,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civil Action No. 07-2115 (ESH) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the District of Columbia defendants' motion to dismiss [#7] is GRANTED IN PART and DENIED IN PART.

Counts II, III and IV of plaintiff's Amended Complaint are DISMISSED WITH PREJUDICE. Defendants Devon Brown and Fozia Abdulwahab are DISMISSED as party defendants in both their individual and official capacities and all claims against them are DISMISSED WITH PREJUDICE. Plaintiff has waived his First Amendment claim regarding the opening of legal mail outside of his presence, and any claim pertaining to his legal mail is DISMISSED WITH PREJUDICE. Plaintiff's Fourteenth Amendment claims are DISMISSED WITH PREJUDICE. It is further

ORDERED that the defendants' motion for sanctions [#8] is DENIED. It is further

ORDERED that an Initial Scheduling Conference is set for July 25, 2008, at 9:45 a.m.

SO ORDERED.

                                                      /s/
                               ELLEN SEGAL HUVELLE
                               United States District Judge

Date: June 19, 2008

Case 1:07-cv-02115-DAR   Document 31   Filed 06/19/2008   Page 2 of 2