UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DR. SIMON BANKS, J.D.               )
                                    )
       Plaintiff               )
                                    )
       v.                      )   Case: 1:07-cv-02115 (ESH)
                                    )
DISTRICT OF COLUMBIA, et al.        )
                                    )
                                    )
       Defendants              )
_____)

**DISTRICT COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the District of Columbia (hereinafter "the District"), by and through undersigned counsel, hereby move for an enlargement of time to file an answer to Plaintiff's Complaint on or before July 15, 2008, and as grounds, therefore, states as follows:

1. On or about December 13, 2007, Plaintiff filed the above-captioned Complaint to which the District Defendants file a motion to dismiss. On or about June 19, 2008 this Court granted in part and denied in part the District Defendants' motion to dismiss. The sole remaining defendant is the District.

2. The District's Answer is due on July 3, 2008.

3. In light of the complexity of the issues and a scheduled vacation, the District requests an enlargement of time to file an Answer to Plaintiff's Complaint.

4. By email dated June 30, 2008, Plaintiff, who is *pro se,* consented to a continuance.

5. The District respectfully requests that this Court extend the time to file an Answer to Plaintiff's Complaint to on or before July 15, 2008.

6.       Fed. R. Civ. P. 6(b) provides that,

"[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order…."

7.       This request is being made prior to the expiration of the prescribed period, and is for good cause shown.

8.       No party will be unduly prejudiced should the Court grant the requested relief. The Plaintiff has consented to the enlargement.

For all the above-stated reasons, additional time until on or before July 15, 2008, is requested to file an answer. A memorandum of points and authorities in support of this motion is hereto attached.

Respectfully submitted:

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

**CERTIFICATE PURSUANT TO LCvR-CIVIL 7.1**

      The undersigned counsel hereby certifies that on June 30, 2008, she contacted plaintiff via electronic mail and advised plaintiff of the District's intention to file this motion for enlargement of time, as well as requested consent for the relief requested by the motion. Plaintiff consented to the request for relief.

      __/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DR. SIMON BANKS, J.D.               )
                                    )
        Plaintiff                   )
                                    )
        v.                          )    Case: 1:07-cv-02115 (ESH)
                                    )
DISTRICT OF COLUMBIA, et al.        )
                                    )
                                    )
        Defendants                  )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT'S MOTION TO ENLARGE TIME TO ANSWER PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Consent of the parties.

4. Absence of prejudice to the parties.

5. The equitable powers of this Court.

                                Respectfully submitted,

                                PETER NICKLES
                                Interim Attorney General for the
                                District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

                                ELLEN EFROS [250746
                                Chief, Equity I

                                __/s/_____
                                DENISE J. BAKER [493414]
                                Assistant Attorney General, DC
                                441 Fourth Street, NW

Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**DR. SIMON BANKS, J.D.**          )
                                   )
       **Plaintiff**         )
                                   )
       v.                    )      Case: 1:07-cv-02115 (ESH)
                                   )
**DISTRICT OF COLUMBIA, et al.**   )
                                   )
                                   )
       **Defendants**        )
_____)

## **O R D E R**

Upon consideration of the District of Columbia's motion for enlargement of time to file and answer to Plaintiff's complaint, and the entire record in this matter, it is, by this Court, this _____ day of _____, 2008,

ORDERED that the Motion is GRANTED:

FURTHER ORDERED that the District shall file its Answer to Plaintiff's Complaint on or before July 15, 2008.

 

_____
Judge, United States District Court for the
District of Columbia

Copies to:

Denise J. Baker
Assistant Attorney General
441 4th Street NW, 6th Floor South
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria, VA 22302