UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. SIMON BANKS, J.D. | ) | |
| P.O. BOX 17052 | ) | |
| ALEXANDRIA, VA. 22302 | ) | |
|  | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | Case: 1:07-cv-02115 ESH |
|  | ) | Judge Ellen Segal Huvelle |
| DISTRICT OF COLUMBIA, ET AL | ) | |
|  | ) | |
| Defendants | ) | |

Plaintiff's Certification pursuant to LCVR 7.1 (M)
The District does not consent to this motion

**PLAINTIFF'S MOTION FOR RECONSIDERATION PURSUANT TO FEDERAL RULES CIVIL PROCEDURE 59 AND 60**

Comes now Simon Banks, Plaintiff and submit Motion for Motion for Reconsideration Regarding the allegations of Negligence on the part of the District's failure to to provide dental services and medical treatment for Plaintiff dental and medical condition, which was dismissed by the Court, and in support the Plaintiff cites the following:

The Plaintiff incorporate Plaintiff Memorandum of Law In Support of Plaintiff's Motion for Reconsideration Regarding the allegations of Negligence on the part of the District's failure to to provide dental services and medical treatment for Plaintiff dental and medical condition, which was dismissed by the Court

_____/s/_____
Simon Banks, pro se
P.O. Box 17052
Alexandria, Va. 22302
Tele:  703 965-5637
Email: drsbanks @ msn.com

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. SIMON BANKS, J.D. ) | | |
| P.O. BOX 17052 ) | | |
| ALEXANDRIA, VA. 22302 ) | | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Case: 1:07-cv-02115 ESH | |
| ) | Judge Ellen Segal Huvelle | |
| DISTRICT OF COLUMBIA, ET AL ) | | |
| ) | | |
| Defendants ) | | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION PURSUANT TO FEDERAL RULES CIVIL PROCEDURE 59 AND 60**

Comes now Simon Banks, Plaintiff and submit Memorandum of Law in Support of Plaintiff's Motion for Motion for Reconsideration Regarding the allegations of Negligence on the part of the District's failure to to provide dental services and medical treatment for Plaintiff dental and medical condition, which was dismissed by the Court, and in support the Plaintiff cites the following:

The Plaintiff incorporate by reference Plaintiff's proffer of prejudice.

Subsequent to the Court's separation of the instant case from *Banks v. York,* 05-1514 (RCL), The Plaintiff was unclear as to whether the Plaintiff could continue to pursue his claim of negligence with respect to the failure of the District of Columbia Department of Corrections (hereinafter "District") to treat the Plaintiff's dental/medical condition. The Plaintiff concluded, based upon the several orders that this Honorable Court issued, that the Plaintiff's state law claims regarding the issue of negligence on the

3

part of the District was disallowed, as a consequence the Plaintiff was under the impression that the Plaintiff would have to appeal this issue.  This is the reason why the Plaintiff did not set forth the Plaintiff's negligence claim which allege, as the Plaintiff had done previously in the severed case *Banks v. York,* 05-1514 (RCL), in Plaintiff's 2nd Amended Complaint, Plaintiff's Third Amended Complaint, and the Proposed 4th Amended Complaint.

The Plaintiff did set forth Plaintiff's claim of negligence in the following complaints:

**Plaintiff's original complaint:**		At ¶¶38-56

**Plaintiff's 2nd Amended Complaint:**  At ¶¶69-80; ¶¶100-103; ¶146; ¶¶167-168

**Plaintiff's 3rd Amended Complaint:**  At ¶¶69-81; ¶¶100-104; ¶¶142-146; ¶#5 at 41; ¶#Z at 43; ¶#181 at 46.

It was clearly the Plaintiff's intent to bring the state law claim of negligence, but for the Plaintiff having been ordered by the Court, subsequent to filing the amended complaint, not to file "any" pleading until the court ruled upon the District's dispositive motion.  Because of this order, the Plaintiff was unable to bring to the court's attention the Plaintiff's confusion for clarification, whether or not the Plaintiff could pursue his state law claim of negligence with respect to the District's failure to treat the Plaintiff's dental condition.  The Plaintiff, indeed, set forth this claim as one of the most significant claims the Plaintiff had against the District outside of the over-detention complaint.

It is manifest injustice for this Honorable Court, under the totality of the circumstances to not allow the Plaintiff to pursue Plaintiff's negligence claims against the District for its failure to treat the Plaintiff's dental condition.

The District does not stand to be prejudiced as the result of this Court's grant of the motion, where on the other hand, the Plaintiff's stands to suffer a lost and harm without a remedy.

**WHEREFORE**, the Plaintiff request that this Honorable Court reconsider and allow the Plaintiff to pursue his claim of negligence with respect to the District's failure to treat the Plaintiff's dental condition causing the Plaintiff great lost and great pain.

_____/s/_____
Simon Banks, pro se
P.O. Box 17052
Alexandria, Va. 22302
Tele: 703 965-5637
Email: drsbanks @ msn.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DR. SIMON BANKS, J.D.** | ) | |
| **P.O. BOX 17052** | ) | |
| **ALEXANDRIA, VA. 22302** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | Case: 1:07-cv-02115 ESH |
| | ) | Judge Ellen Segal Huvelle |
| **DISTRICT OF COLUMBIA, ET AL** | ) | |
| | ) | |
| **Defendants** | ) | |

# ORDER

Upon consideration of the Plaintiff's Motion for Reconsideration and requesting that the Plaintiff be permitted to file complaint for negligence for the failure of the District to treat his dental/medical condition, it is this_____day of_____, 2008,

**HEREBY GRANTED**

_____
UNITED STATES DISTRICT JUDGE