UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DR. SIMON BANKS, J.D.**           )
                                    )
       **Plaintiff**         )
                                    )
       v.                    )     Case: 1:07-cv-02115 (ESH)
                                    )
**DISTRICT OF COLUMBIA, et al.**    )
                                    )
                                    )
       **Defendants**        )
_____)

### DISTRICT OF COLUMBIA'S CONSENT MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 6(b), the Defendant, District of Columbia (hereinafter "the District"), by and through undersigned counsel, hereby moves to reschedule the scheduling conference currently set for July 25, 2008 at 9: 45 A.M. to 11:00 A.M., or a date at the Court's convenience, and as grounds, therefore, state as follows:

    1. On or about December 13, 2007, Plaintiff filed the above-captioned Complaint. The Court granted in part and denied in part the District's motion to dismiss.

    2. Defendants' counsel is scheduled to appear at a motion for preliminary injunction hearing in D.C. Superior Court on July 25, 2005 at 9:30 A.M.; thus, presenting a conflict with this Court's Scheduling Conference.

    3. Pro se Plaintiff consented to resetting the Scheduling Conference by email dated June 30, 2008.

    4. The District respectfully requests that this Court reschedule the scheduling conference.

    6. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order…."

7. This request is being made for good cause shown.

8. No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, the District requests that the Scheduling Conference not take place at the appointed time; but rather be rescheduled. A memorandum of points and authorities in support of this motion is hereto attached.

                Respectfully submitted:

                PETER NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                ELLEN EFROS [250746]
                Chief, Equity Section I

                /s/ Denise J. Baker
                Denise J. Baker
                D.C. Bar No. 493414
                Assistant Attorney General
                441 4th Street, Northwest, 6th Floor South
                Washington, D.C. 20001
                202-442-9887 (Telephone)
                202-727-0431 (Facsimile)
                Denise.baker@dc.gov

**CERTIFICATE PURSUANT TO LCvR-CIVIL 7.1**

  The undersigned counsel hereby certifies that on June 30, 2008, she contacted plaintiff via electronic mail and advised of the District's intention to file this motion to reschedule the scheduling conference, to which the plaintiff gave his consent to the requested relief.

         __/s/_____
         DENISE J. BAKER [493414]
         Assistant Attorney General, DC
         441 Fourth Street, NW
         Sixth Floor South
         Washington, DC  20001
         202-442-9887
         Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D.<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA, et al.<br><br>　　　　Defendants | Case: 1:07-cv-02115 (ESH) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DISTRICT OF COLUMBIA'S CONSENT MOTION TO
RESCHEDULE THE SCHEDULING CONFERENCE**

1.　Fed. R. Civ. P. 6(b).

2.　The record herein.

3.　Consent of the parties.

4.　Absence of prejudice to the parties.

5.　The equitable powers of this Court.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　PETER NICKLES
　　　　　　　　　　　　　Interim Attorney General for the
　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　ELLEN EFROS [250746
　　　　　　　　　　　　　Chief, Equity I

　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　DENISE J. BAKER [493414]
　　　　　　　　　　　　　Assistant Attorney General, DC

441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DR. SIMON BANKS, J.D.**           )
                                    )
       **Plaintiff**       )
                                    )
       v.                  )   Case: 1:07-cv-02115 (ESH)
                                    )
**DISTRICT OF COLUMBIA, et al.**    )
                                    )
                                    )
       **Defendants**      )
_____ )

# O R D E R

Upon consideration of the District Defendants' Consent Motion to Reschedule the Scheduling Conference, and the entire record in this matter, it is, by this Court, this _____ day of _____, 2008,

ORDERED that the Motion is GRANTED and the order setting a scheduling conference for July 25, 2008 is RESCINDED:

FURTHER ORDERED that the parties shall now appear before this Court to conduct a scheduling conference on _____ at _____ A.M./P.M.

                                                                             _____
                                                                        Judge, United States District Court  for the
                                                                        District of Columbia

Copies to:

Denise J. Baker
Assistant Attorney General
441 4th Street NW, 6th Floor South
Washington, D.C. 20001

Simon Banks
P.O. Box 17052

Alexandria, VA 22302