UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

Civil Action No. 07-2115 (ESH)

### ORDER

    This matter is before the Court on Plaintiff's Motion for Reconsideration, which the Court construes as a motion for relief from judgment or order under Rule 60 of the Federal Rules of Civil Procedure. The Court's June 19, 2008 Memorandum Opinion and Order reflects its conclusion that plaintiff failed to state a claim of negligence for the District of Columbia's alleged failure to provide medical and dental care. Plaintiff represents that he was "unclear as to whether [he] could continue to pursue his claim of negligence" based on the Court's prior Orders issued in Civil Action No. 05-1514. Pl.'s Mot. to Recons. at 3. He asserts that "[i]t is a manifest injustice for this Honorable Court . . . to not allow Plaintiff to pursue [his] negligence claims." *Id.* at 4.

    The Court afforded plaintiff an opportunity to raise a state-law claim of negligence when he filed a new complaint in the instant civil action. The Court expressly provided that "plaintiff may, if he wishes, add a new state-law claim that relates to the provision of dental care and may identify additional defendants with respect to that claim." *Banks v. York*, No. 05-1514 (D.D.C. Oct. 18, 2007) (order regarding case administration). While it may have been plaintiff's "intent to bring the state law claim of negligence," Pl.'s Mot. at 4, his failure to do so was not reasonably

attributed to this Court's Orders.

Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Reconsideration [Dkt. #36] is DENIED.

SO ORDERED.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 24, 2008