UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. ) <br> P.O. BOX 17052 ) <br> ALEXANDRIA, VA. 22302 ) <br>   ) <br>          Plaintiff    ) <br>   ) <br> v.    ) <br>   ) <br> DISTRICT OF COLUMBIA, ET AL ) <br>   ) <br>   ) <br>          Defendants ) | Case: 1:07-cv-02115 (ESH) <br><br><br> August 1, 2008 |

NOTICE OF FILING
PLAINTIFF'S SUPPLEMENTAL COMPLAINT TO
PLAINTIFF'S (CORRECTED) AMENDED COMPLAINT

Comes now, Dr. Simon Banks, Plaintiff, and notes the filing of Plaintiff's Supplemental Complaint to Plaintiff's (Corrected) Amended Complaint, as authorized by this Honorable Court in open Court on July 31, 2008, containing Count II, which alleged Malpractice and Negligence against the District of Columbia Government.

The Plaintiff further notes the filing of the original signed copy of the Supplemental Complaint with the Clerk of Court pursuant to LCvR 7(j) of this Court Rules.

A copy of the Supplemental Complaint is filed via ECF and attachment hereto.

_____/S/_____
Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302
571-970-8327 Tele

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. )<br>P.O. BOX 17052 )<br>ALEXANDRIA, VA. 22302 )<br> )<br>           Plaintiff    )<br> )<br>v.                           )<br> )<br>DISTRICT OF COLUMBIA, ET AL  )<br> )<br> )<br>           Defendants  ) | Case: 1:07-cv-02115 (ESH)<br><br>August 1, 2008 |

PLAINTIFF'S SUPPLEMENTAL COMPLAINT TO
PLAINTIFF'S (CORRECTED) AMENDED COMPLAINT

COUNT II

MEDICAL MALPRACTICE, NEGLIGENCE AND
AGENCY LIABILITY FOR MEDICAL MALPRACTICE AND NEGLIGENCE

STATEMENT OF FACTS

44. The Plaintiff re-alleges and incorporates by reference paragraphs 1 through 43 of the Corrected (Amended) Complaint, as if pleaded fully and completely herein.

45. During the period January 2005, through April 28, 2006, the Plaintiff appeared before dentists at the District of Columbia Government Department of Corrections Central Detention Facility (CDF) and the Central Treatment Center (CTF), and requested medical treatment regarding the Plaintiff's exposed teeth, which were exposed as the consequence of the correctional officers of DOC (District of Columbia Government) conducting a shakedown conducting a

shakedown of the cells in the unit where the Plaintiff was housed, and during the process of the shakedown, Plaintiff's dental crown was seized and discarded by District of Columbia Government Correction Officers. ("DOC").

46. As the result of the DOC's correctional officers seizing and discarding and/or destroying Plaintiff's dental crown which covered and protected the Plaintiff's sawed down teeth, the Plaintiff's teeth were exposed and progressively began to chip and break and the chipping and breaking continued from the date that the Plaintiff's dental crown was seized, discarded and/or destroyed by the DOC correction officers, from February, 2005 through April 28, 2006 until when the Plaintiff was released from the DOC facility and until their remainder of Plaintiff's damaged teeth were removed by Plaintiff's personal dentist.

47. The DOC dentists assigned to provide dental service to inmates, including the Plaintiff, housed in its facilities, were providing medical services to the Plaintiff within the scope of that agency/employment, but while so doing failed to treat the Plaintiff's dental condition, the breaking and progressive chipping of the Plaintiff's teeth, which caused the Plaintiff to suffer swelling of Plaintiff's gum and continuous pain and destruction of the Plaintiff's teeth.

48. During the Plaintiff's incarceration at DOC's facilities, the Plaintiff made numerous visits to the DOC medical unit, seeking treatment for the Plaintiff's dental condition, but no medical treatment was provided by DOC's dentist to the Plaintiff's exposed teeth.

49. The DOC's dentist owed a duty of care to the Plaintiff and that duty is and was a duty of care within an acceptable standard of medical care within the medical community, to treat the Plaintiff's medical/dental condition.

50. The Dentists at the DOC (District of Columbia Government) breached their respective duty and standard of care owing to the Plaintiff by failing to treat the Plaintiff's dental condition, causing the Plaintiff physical injury.

51. As a direct and proximate result of the breach of the applicable standard of medical care by DOC dentist, the Plaintiff: **a)** suffered conscious pain and suffering in the past and will suffer conscious pain and suffering into the future, **b)** incurred medical expenses in the past and will incur future medical expenses, c) suffered mental anguish, **c) suffered** permanent physical injuries and disfigurement, and **d)** was required to undergo additional medical procedures and has sustained other damages.

52. All of the injuries and damages sustained by the Plaintiff were the direct and proximate result of the negligent actions of dentists employed by the DOC where the Plaintiff went to for dental/medical care and treatment and without any act or omission on the part of the Plaintiff directly thereunto contributing.

53. The Plaintiff did not assume the risk of his injuries.

54. The medical and dental doctors at the DOC from February, 2005 through April 28, 2006, deviated from the acceptable standard of medical care and that this deviation was the direct and proximate cause of the Plaintiff's destruction of and lost of seven teeth, and the direct and proximate cause of all of the Plaintiff's injuries and damages.

3

55. Each of the dentists of DOC who saw the Plaintiff and failed to treat the Plaintiff during the Period February 2005 through April 28, 2006, were acting within the scope of their employment with the District of Columbia Government, and were agents of the District of Columbia Government.

56. As a consequence of the actions and inactions of the dental and medical employees of the District of Columbia Government, through its dental employees agents and assigns, the Plaintiff was injured, and the actions and inactions of the Department of Corrections with respect to its failure to treat the Plaintiff's dental condition, is the proximate cause of the injuries suffered by the Plaintiff.

**WHEREFORE:** The Plaintiff pray for the following relief as a consequence of the District of Columbia Government's actions and inactions:

   a) Actual damage, $500,000.00

   b) Consequential damages, $1 Million Dollars

   c) Punitive Damages, $1 Million Dollars.

   d) Any and all other relief the Court may deem appropriate including counsel fees, cost, self-representation cost and lost of time while prosecuting this case, and cost of court.

_____/S/_____
Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302
571-970-8327 Tele
Email: drsbanks@msn.com