UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,

    Plaintiff,

        v.                                                              Civil Action No. 07-2115 (ESH)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## ORDER

Based on the initial scheduling conference held on July 31, 2008, it is hereby

ORDERED that the Court's July 24, 2008 Order denying plaintiff's Motion for Reconsideration [Dkt. #39] is VACATED.  Plaintiff's Motion for Reconsideration [Dkt. #36] is GRANTED, and plaintiff will be allowed to file a Second Amended Complaint that includes a claim for dental malpractice against the District of Columbia.  Count I remains the same as set forth in the Amended Complaint [Dkt. #6] filed on December 13, 2007, and consists of only an Eighth Amendment claim against the District of Columbia regarding its alleged failure to provide diabetic meals and adequate heat at the D.C. Jail.  Count II shall include only a common law malpractice claim against the District of Columbia for the alleged denial of dental care.  Plaintiff shall include no other counts in the amended pleading and shall name no additional defendants.  The Court's June 19, 2008 Memorandum Opinion and Order [Dkt. #32-33] remain in effect with respect to the dismissal of Counts III and IV of the Amended Complaint [Dkt. #6].  The District of Columbia shall file its answer or other response to the Second Amended Complaint within 10

days of service. Fed. R. Civ. P. 15(a)(3).

    SO ORDERED.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 4, 2008