REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1331 Federal Question: Other Civil Rights | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-2115 | DATE REFERRED:<br>7/31/08<br><br>DISPOSITION DATE: | PURPOSE:<br>All Purposes | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE |
| PLAINTIFF(S):<br>Simon Banks | | DEFENDANT(S):<br>District of Columbia, et al | | |

ENTRIES: