UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. SIMON BANKS, J.D. ) | |
| P.O. BOX 17052 ) | |
| ALEXANDRIA, VA. 22302 ) | |
|  ) | |
| Plaintiff ) | |
|  ) | |
| v. ) | Case: 1:07-cv-02115 (ESH)(DAR) |
|  ) | |
| DISTRICT OF COLUMBIA, ET AL ) | |
|  ) | |
|  ) | August 19, 2008 |
| Defendants ) | |

**PLAINTIFF'S ERRATA TO
PLAINTIFF'S SECOND AMENDED COMPLAINT**

**COUNT II**

**MEDICAL MALPRACTICE, NEGLIGENCE AND
AGENCY LIABILITY FOR MEDICAL MALPRACTICE AND NEGLIGENCE**

Please delete the former Defendants **Devon Brown, Fozia Abdulwahab** from the complaint. They are no longer defendants in this case and were incorporated by reference without deletion in error.

_____/s/_____
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302
571-970-8327 Tele
Email: drsbanks@msn.com